### 18006.   CROWE *v.* THE STATE.

BROYLES, C. J.   1. "Motions for continuance, made at the term at which the indictment is found, while addressed to the discretion of the court, stand upon a different footing from such motions made at a subsequent term.  In such cases the discretion of the court should be liberally exercised in favor of a fair trial, no less than that the trial should be speedy; and every facility should be afforded a defendant for presenting his defense as fully as he might be able to do were the case tried at a subsequent term.  Reasonable opportunity for the defendant to prepare his defense should not be sacrificed in the interest of speed."  *Brooks* v. *State,* 3 *Ga. App.* 458 (3) (60 S. E. 211); *Waldrip* v. *State,* 34 *Ga. App.* 692 (130 S. E. 829).

2. Under the above-stated ruling and the facts of this case, the court

Criminal Law, 16 C. J. p. 451, n. 91; p. 452, n. 95, 96, 97; p. 482, n. 1; p. 511, n. 31.

erred in overruling the defendant's motion for a continuance, and that error rendered nugatory the further proceedings in the case.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1927.

Violating liquor law; from Taliaferro superior court—Judge Perryman. February 14, 1927.

*Hawes Cloud, Hugh E. Combs, Noel P. Park,* for plaintiff in error.

*M. L. Felts, solicitor-general, J. A. Beazley,* contra.